# United States District Court
### Middle ~~Eastern~~ District of North Carolina
#### ~~Western~~ Division

Case No. _____

(To be filled out by Clerk's Office only)



CHRISTOPHER TERAN WALKER ; Pro Se

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 0661397

-against-

DAVIE MEDICAL CENTER CORPORATION ;

ATRIUM HEALTH WAKE FOREST BAPTIST MEDICAL

CENTER CORPORATION ;

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

*(Pro Se Prisoner)*

**Jury Demand?**
☐ Yes
☒ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

## I.     COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☒    42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- ☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.     PLAINTIFF INFORMATION

Christopher Teran Walker
Name

0661397
Prisoner ID #

_____
Place of Detention

2821 HWY 903 N.
Institutional Address

Maury                              N.C.                    28554
City                                State                   Zip Code

## III.     PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☐    Pretrial detainee    ☐ State    ☐ Federal
- ☐    Civilly committed detainee
- ☐    Immigration detainee
- ☒    Convicted and sentenced state prisoner
- ☐    Convicted and sentenced federal prisoner

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: <u>Davie Medical Center Corporation</u>
Name

<u>Healthcare Provider</u>
Current Job Title

<u>329 Hwy 801 North</u>
Current Work Address

<u>Bermuda Run</u>        <u>N.C</u>        <u>27006</u>
City                                State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 2: <u>Atrium Health Wake Forest Baptist Corporation</u>
Name

<u>Healthcare Provider</u>
Current Job Title

<u>1 Medical Center Boulevard</u>
Current Work Address

<u>Winston-Salem</u>        <u>N.C</u>        <u>27157</u>
City                                State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                    State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both


Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                    State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: Davie Medical Center of Atrium Health Wake Forest Baptist

Date(s) of occurrence: June 9, 2023

State which of your federal constitutional or federal statutory rights have been violated:

42 U.S.C § 1395 dd (a) , 42 U.S.C § 1395 dd (h)

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> On June 9, 2023 I was admitted into The Davie Medical Center of (AHWFB) emergency room suffering from a broken left elbow injury that was manifesting itself by acute symtoms of sufficient severity (including severe pain), serious impairment to my bodily functions and serious dysfunctions of my bodily organs and parts.

Who did what to you?

> I was examined in the emergency room by Physician (Tia Rose Wisdo), during her clinical medical screening procedure she ordered X-Rays on my left elbow which revealed a broken left elbow and Physician Wisdo diagnosed my injury as a "Closed Fracture" of the left elbow and mandated surgery for treatment.

> After my diagnosis Physician Wisdo presented a (AHWFB) Legal Procedure Contract policy MBN:1878775 which explain the appropriate Procedure of (AHWFB) employment and authorization for Physician Wisdo to proceed with such additional operations, as well as The Standard of care for my injury and the treatment Procedure plan which would stabilize my injury to get my arm out the material deterioration condition that it was in during the screening examination and emergency room visit.

Page 5 of 10

I agreed with all the Terms, Conditions, Medical Staff by Laws and the clinical Practice policy administrative duties of Davie Medical Center of (AHWFB) Contract, which I and Physician Wisdo Legally Signed on June 9, 2023 during our examination at Davie Medical Center. After I and Physician Wisdo sign the Legal Procedure Treatment Contract I was immediately discharged by Davie Medical Center and Physician Wisdo without any standard of Medical Practice Stabilization and No use of (uniform) standard of Treatment for my injury.

Both Defendant's fail to stabilize my condition before discharge and used disparate treatment when they did not apply the reduction of the broken limb (elbow/arm) by immobilization of the arm with the approved methods of medical extensions or devices such as a (Cast or Sling) which is part of the Davie Medical Center of (AHWFB) nursing Protocol which is presumably followed as a matter of Clinical Practice, Protocol and Procedure, in the care of patients presenting with Fractured elbow complaints and diagnose's.

After I was discharged under Davie Medical Center Legal care and treatment in a unstable condition, they waited 39 days to stabilize my injury with surgery.

Davie Medical Center of (AHWFB) treated my injury differently from other paying patients perceived to have the same injury and diagnose's that I was suffering from and discharge me. without meeting the stabilization requirements of 42 U.S.C § 1395 dd (a) Emergency Medical Treatment and Labor Act.

| What was your injury? | Deterioration, deformity, Arthritis, Nerve damage, Continued daily pain, Permanent disability in the whole left arm, Tissue damage and continued numbness. |

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No

If no, explain why not:

Is the grievance process completed?  ☒ Yes  ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I demand relief judgment against Defendants jointly and severally for $8,000,000.00 in money damages for Compensatory and Punitive damages as well as Civil Penalties

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

2/17/2025
Dated

Plaintiff's Signature

Christopher Teron Walker
Printed Name

Eastern Correctional Institution
Prison Identification #

| 2831 Hwy 903 N. | Maury | N.C. | 28554 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |